IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **TIFFANY DOMINO,** | § § § | |
| *Plaintiff,* | § § | **CIVIL ACTION NO. 4:26-CV-1860** |
| v. | § § | **Removed from the District Court of Harris County, Texas, 110th Judicial District, Cause No. 2026-07402** |
| **HOUSTON INDEPENDENT SCHOOL DISTRICT,** | § § § | |
| *Defendant.* | § § | |

### INDEX OF MATTERS BEING FILED

1. Notice of Removal;
2. Exhibit A – All executed process in the case;
3. Exhibit B – Pleadings asserting cause of action;
4. Exhibit C – Docket Sheet;
5. Exhibit D – A list of all counsel of record, including address, telephone numbers and parties represented.