IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TIFFANY DOMINO, | § § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. 4:26-CV-1860 |
| v. | § § | Removed from the District Court of |
| HOUSTON INDEPENDENT SCHOOL DISTRICT, | § § § § | Harris County, Texas, 110th Judicial District, Cause No. 2026-07402 |
| *Defendant.* | § § | |

**EXHIBIT A**

(All executed process in the case)

Receipt Number: 1084763
Tracking Number: 74605846

COPY OF PLEADING PROVIDED BY PLT

CAUSE NUMBER: 202607402

| | |
|---|---|
| PLAINTIFF: DOMINO, TIFFANY | In the 011th Judicial |
| vs. | District Court of |
| DEFENDANT: HOUSTON INDEPENDENT SCHOOL DISTRICT | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: HOUSTON INDEPENDENT SCHOOL DISTRICT BY SERVING ITS REGISTERED AGENT SUPERINTENDENT MIKE MILES
4400 WEST 18TH STREET
HOUSTON TX 77092

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on February 3, 2026, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this February 3, 2026.



Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: KERRYLONE ASBERRY

Issued at request of:
DUNKEL, CHARLES PAUL JR.
2600 SOUTH SHORE BLVD. STE. 300
LEAGUE CITY, TX 77573-6502
281-738-3448
Bar Number: 24034427

Tracking Number: 74605846

CAUSE NUMBER: 202607402

| | |
|---|---|
| PLAINTIFF: DOMINO, TIFFANY | In the 011th |
| vs. | Judicial District Court |
| DEFENDANT: HOUSTON INDEPENDENT SCHOOL DISTRICT | of Harris County, Texas |

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _12:07_ o'clock _P_. M., on the _04_ day of _February_, 20_26_.
Executed at (address) _4400 West 18th Street Houston, TX 77092_
in _Harris_ County
at _9:30_ o'clock _A_. M., on the _05_ day of _February_, 20_26_.
by delivering to _Erica M Graham Deputy General Counsel Legal Affairs_
in person, a true copy of this
Citation together with the accompanying _1_ copy(ies) of the
_Plaintiff's Original_ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _05_ day of
_February_, 20_26_.

FEE: $ _____

_Karen Villarreal_
of _Harris_
County, Texas
_Karen Villarreal_
Affiant
By: _Karen Villarreal_ PSC9537 Exp 2-2828
Deputy Authorized Process Server

On this day, _Karen Villarreal_, known to me to be
the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited
on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _5th_ of
_February_, 20_26_

Notary Public

**NAKAI GARRETT**
Notary Public, State of Texas
Comm. Expires 07-22-2028
Notary ID 10783645

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Raven Keeler on behalf of Charles Dunkel
Bar No. 24034427
rkeeler@tdunklaw.com
Envelope ID: 111025592
Filing Code Description: No Fee Documents
Filing Description: Return of Service
Status as of 2/9/2026 2:37 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ashley Thomson | | athomson@tdunklaw.com | 2/9/2026 2:28:25 PM | SENT |
| Charles PDunkel | | cdunkel@tdunklaw.com | 2/9/2026 2:28:25 PM | SENT |
| Raven Keeler | | rkeeler@tdunklaw.com | 2/9/2026 2:28:25 PM | SENT |



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   March 6, 2026


Certified Document Number:   125030657 Total Pages:  3

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**